**Order entered December 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00833-CR

### KOBEY WAYNE KELLY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 292nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F13-16775-V

## ORDER

The Court **REINSTATES** the appeal.

On November 24, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Daniel Oliphant; (3) counsel's explanation for the delay in filing appellant's brief is his workload; and (4) counsel requested forty-five days from the December 1, 2015 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **JANUARY 19, 2016**.

/s/    LANA MYERS
        JUSTICE